|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | **FILED**<br>JAMES J. WALDRON, CLERK<br><br>June 23, 2009<br><br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY: /s/Diana Reaves, Deputy |

IN RE: : CHAPTER 7

United Auto Mart, Inc.,

                Debtor. : CASE NO.:    08-17916  (NLW)

T.D. Bank, N.A., : Adv. No.:    08-2198

                Plaintiff,

v.

Robert Wasserman, as Chapter 7 Trustee
for United Auto Mart, Inc.; Zakar's Motors
of Little Ferry, Inc.; Zakar's Motor's, Inc.;
Citifinancial Auto; and John Does 1-10,

                Defendants.

## ERRATA SHEET

The opinion in the above-captioned case is amended as follows:

Page 13, line 4 which originally read "over the trustee's strong arm powers under § 541 of the Code." has been amended to read "over the trustee's strong arm powers under § 544 of the Code."